381 A.2d 913

Pincus, et ux., Appellants, v. The Mutual
Assurance Company, et al.

Tuchinsky, et ux., Appellants, v. The Mutual
Assurance Company, et al.

Argued September 12, 1977. Pace Reich

and Carl Weiss, with them Modell, Pincus, Hahn & Reich, for appellants; Harvey Bartle, III, with him Dechert, Price & Rhoads, for appellees.

Decree affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.